Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
8, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 8, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00343-CV

____________

 

IN RE HOWARD VANZANDT WILLIAMS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 19, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  Relator contends
the Brazoria County clerk has refused to docket his notice of appeal in cause
number 11064*I00 and forward it and other pleadings to the court of appeals.  He also contends that unnamed Atrial court officials@ are refusing to act on his affidavit
of indigence and to provide him with a free copy of the record.  Relator has not
fully complied with Texas Rule of Appellate Procedure 52. 

We deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed July 8, 2004.

Panel consists of
Justices Yates, Anderson, and Hudson.